YOUNG, Appellant, v. INGALSBE, Respondent. (Supreme Court, Appellate Division,

Third Department. January 21, 1914.) Action by William E. Young against Grenville M. Ingalsbe, as executor, etc., of Lyman H. Northrup, deceased. No opinion. Motion denied. See, also, 83 Misc. Rep. 176, 144 N. Y. Supp. 400.